## JOSEPH J. NOTOPOULOS *v.* STATEWIDE GRIEVANCE COMMITTEE

The plaintiff's petition for certification for appeal from the Appellate Court, 85 Conn. App. 425 (AC 24702), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the judgment of the trial court dismissing the plaintiff's appeal from his reprimand by the defendant, the statewide grievance committee?"

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17341.

*Joseph J. Notopoulos,* pro se, in support of the petition.

*Christopher L. Slack,* assistant bar counsel, in opposition.

Decided January 20, 2005